United States District Court
Southern District of Texas
**ENTERED**
January 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Randy William Brast, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-23-3754 |
| | § | |
| Crown Business Park Inc., | § | |
| | § | |
| Defendant. | § | |

### ORDER

On January 24, 2024, the Plaintiff, Randy William Brast, filed a Notice of Settlement (docket no. 11) announcing that a settlement has been reached in this action with Defendant, Crown Business Park Inc. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within **thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 24th day of January, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE