United States District Court
Southern District of Texas
**ENTERED**
February 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Randy William Brast, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-23-3754 |
| | § | |
| Crown Business Park Inc., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 9, 2024, Plaintiff, Randy William Brast, and Defendant, Crown Business Park Inc., filed a Joint Stipulation of Dismissal with Prejudice (docket no. 13) asserting that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 9th day of February, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE